# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 3, 2024

### NO. 03-24-00389-CV

**Megan Moore, Appellant**

**v.**

**Oscar Reyes, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on May 16, 2024. Having reviewed the record, the Court holds that Megan Moore has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.